**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SAMANTHIA DENNEY,

    Plaintiff,

v.                                     CASE NO.: 5:21-cv-15-Oc-30PRL

SMART RX SYSTEMS, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff SAMANTHIA DENNEY hereby advises the Court that the Parties have reached a settlement in this case and will file pleadings for dismissal within twenty-one days (21) but would request this Court to give the Parties ninety (90) days to administratively reopen the case.

Dated this 28th day of February 2023.

                                              Respectfully submitted,

                                              ***/s/ Anthony J. Hall***
                                              Anthony J. Hall, Esq.
                                              FL Bar No. 40924
                                              THE LEACH FIRM, P.A.
                                              631 S. Orlando Avenue, Suite 300
                                              Winter Park, Florida 32789
                                              Telephone: (407) 574-4999
                                              Facsimile: (321) 594-7316
                                              Email: ahall@theleachfirm.com
                                              Email: aperez@theleachfirm.com
                                              ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of February, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Anthony J. Hall*
Anthony J. Hall, Esq.
FL Bar No. 40924