# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SAMANTHIA DENNEY,**

    Plaintiff,

v.                                                       Case No: 5:21-cv-15-PRL

**SMART RX SYSTEMS INC,**

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. (Doc. 63) Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The clerk is directed to close the case.

**DONE** and **ORDERED** in Ocala, Florida on March 1, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties